FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 14, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ADRIAN LEE WALKER,<br><br>Defendant. | No. 2:24-CR-00152-TOR-2<br><br>ORDER FOLLOWING DETENTION REVIEW HEARING<br><br>**MOTION DENIED**<br>**(ECF No. 55)** |

On May 12, 2025, the Court held a detention hearing for Defendant ADRIAN LEE WALKER. Defendant appeared in custody represented by court-appointed counsel Bryan Whitaker. Assistant U.S. Attorney Thomas Hanlon represented the United States. U.S. Probation Officer Arturo Santana was also present.

Defendant initially waived his right to a detention hearing. ECF No. 40. Defendant now seeks to reopen the question of detention, and the Court finds that Defendant's Motion to Modify Conditions of Release, **ECF No. 55,** constitutes a sufficient basis to reopen the question of detention pursuant to 18 U.S.C. §3142(f) and conduct a detention hearing.

Defendant, through counsel, made proffers in support of Defendant's temporary release to ABHS for in-patient treatment. The Court noted Defendant's outstanding warrant from King County preventing Defendant's release to inpatient

ORDER - 1

treatment at this time. The Government advised it agreed Defendant cannot be released with an active warrant pending. Defendant also agreed that release is not practical at this time given the outstanding warrant.

**IT IS HEREBY ORDERED:**

1. Defendant's Motion to Modify Release Conditions, **ECF No.55**, is **DENIED** with leave to renew. Defendant shall be held in detention pending disposition of this case or until further order of the Court. Defendant is committed to the custody of the U.S. Marshal for confinement separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. Defendant shall be afforded reasonable opportunity for private consultation with counsel.

2. If a party seeks reconsideration of Defendant's detention before this Court because of material and newly discovered circumstances pursuant to 18 U.S.C. § 3142(f), any such motion shall be a maximum of four-pages in length and shall succinctly state what circumstances are new, how they are established, and the requested change in conditions of release. The motion shall indicate whether opposing counsel; United States Probation/Pretrial Services; or another party with a substantial interest in the motion objects, whether a hearing is desired, and whether a supplemental pretrial services report is requested. If the moving party, after the exercise of due diligence, is unable to determine the position of any party listed above, the moving party may in the alternative document the date; time; and manner of each effort made to determine that party's position and request the Court treat the motion as expedited and submitted without argument. **Motions in Spokane cases shall be heard as set by the Spokane Magistrate Judge Courtroom Deputy. Yakima cases shall be heard on the following Wednesday docket**, **and Richland cases shall be heard on the following Thursday**

ORDER - 2

**docket.** If the Court determines that oral argument is unnecessary on the motion, the motion shall be set for decision on the Court's 6:30 p.m. docket.

3. If necessary, the United States Probation/Pretrial Services Office is authorized to prepare a supplemental pretrial services report and shall notify defense counsel prior to interviewing Defendant. If Defendant does not wish to be interviewed, that Office shall prepare said report using any information it deems relevant to the issue of detention.

4. If a party desires that another court review this Order pursuant to 18 U.S.C. § 3145, that party shall promptly file a motion for review before the district judge to whom the case is assigned, as further described in the Detention Order Review Protocol published for the Eastern District of Washington. Both parties shall cooperate to ensure that the motion is promptly determined.

**IT IS SO ORDERED.**

DATED May 14, 2025.



_____
JAMES A. GOEKE
UNITED STATES MAGISTRATE JUDGE

ORDER - 3